5/17/20

Case 2:19-CV-01813 RSL

Annette Cadet
  Plaintif
        v.
Francisco S. Zepeda
George Davis
Kevin H Johnson
"Police Officers of King County, WA
Snoqualmie Department
        Defendants"

FILED
LODGED
RECEIVED
MAIL

MAY 18 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Case no. C19-1813 RSL

## Amended Complaint

I, Annette Cadet pro se plaintif, on May 3, 2018 At 2-2:30 Am, was Harrasse, Abused, Assaulted and Injurerd by the Defendants: Francisco S. Zepeda, George Davis and Kevin H Johnson inside the Snoqualmie Casino in front of Casino staff and players by the main entrance door. ("Videotaped by Casino Camera footage video)

It is hard to identify which officer did what because they did not tell me their names. But I know that the front officer was the most aggressive toward me. He violated my international human rights and he acted like he did not care at all. In this case the video is my voice and my witness. Everything that had happened to me and the inhuman treatments by the Police is videotaped. "no lye."

- B -

# Violation of my human and Constitutional rights

① NO torture article 5 human right:

One officer grabbed my arm started twisting it as hard as he could; causing extreme pain (see video for proof) He dropped me on the floor...

② Another police officer kneeled on top of me pressing me down, hurted my abdomen causing so much pain because I have uterine tumor He almost choked me. It was hard to breathe
(See Casino video camera footage)

③ They hit the left side of my head to the floor caused me left lip cut and nose bleeds. They called para-medic when they blood on floor.

④ Discriminated against; I believed that If I were from another race or even an animal those three police officers would not have to abused and tortured me. Because I was sitting at the Casino waiting for transportation. I asked them for a ride to get out. I was not doing any illegal activities "I am not a criminal". I was transported to the Casino by the Casino private bus and at 2 Am they want me out without transportation. I paid to go there and return to Seattle. They refused to give a courtesy ride when a white lady I was 20 feet away from pointed at me. The Casino security called the police; when the police came I asked for a courtesy ride. The front police said that Seattle is too

far for them to drive me. I said I am scared to get out in the bushes and highway of Snoqualmie by myself, the Casino was my transportation and I show them proof of payement and return. They said that it does not matter get out. I am a female. It is 2:30 in the morning. I did not know where to start walk in, I was terrify for my safety, my life and I was scared of being raped. Every time I think or talk about how the police intimidated and humiliated me infront of the Casino staff and the players, I felt really sick and want to vomit... I keep thinking the polimen could have kill me just for needed public transportation.

④ - Privacy right in 4th Amendment. I was told that the did not have the right my property. + Police officer opened my purse to find my wallet and get my driver License without my permission. "I hated it so much when men abused and assault women..."
Note: I did not file a complaint because I was hopeless.

— C —

I was not aware of a pre-filing notice of my claim required by RCW.

English is not my language. I don't have family here. I have the help of public libraries limited legal advice from community services But all are closed because of the "Covid 19" "Corona Virus" started May 13, 2020. I do not have Courts forms and writting Materials. to go head with my case and serve parties.

After I was abused, assaulted and tortured by Zepeda, Davis and Johnson Defendants three police officers of King County, WA. Those men had the courage to lie so much about the degrating inhuman treatments I recieved from them and they could not drive to Seattle to be safe but they drove me to prison for the first of my life to get more horrible treatments from Jail officers. It broke my heart. I hated it so much when men use the power to abuse. They assaulted me and accused me of assaulting them. They put me to jail. They violated my rights. They caused me tremendous pain physically, emotionally and mentally. I am still fighting with depression because my job canceled me for background check one month after the police accusations. I could not renew my nurse assistant Certificate because background check came back not clear - pending.

I am searching for justice. I am suing for compensation to medical care because I cannot do what I use to do before the police assaulted me. Francisco S Zepeda, George Davis and Kevin H Johnson Injured my right shoulder, my left arm, my knee and hit my head that caused me to lose conscious (passed out 4 times) head injury. I need help because I am still in pain. I need MRI, Physical therapy and mental health Counseling "I hated when men abused women and you cannot hurt them back." I feel ashame. (very bad)

I, Annette Cadet, believe that: Francisco S Zepeda, George Davis and Kevin H Johnson should be responsible for all the pain and suffering they had caused me for two years. I am still in pain whenever I use my hands to lift, to push or pull something with weight.
(See video camera footage for facts)

Annette Cadet
40491 PO Box
Bellevue, WA
98006