UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNETTE CADET,

        Plaintiff,

    v.

FRANCISCO S. ZEPADA, GEORGE DAVIS, and KEVIN H. JOHNSON,

        Defendants.

CASE NO. C19-1813RSL

ORDER

On April 14, 2020, the Court dismissed the claims asserted in plaintiff's original complaint and gave her leave to amend to correct the identified deficiencies. Dkt. # 10. The amended complaint was timely filed. Plaintiff has identified the three officers involved in the incident as the named defendants, and the caption is hereby amended to reflect the correct parties. Plaintiff has also alleged facts that could support a federal claim for excessive force, a claim that does not appear to be subject to Washington's statutory pre-filing notice requirements.

The amended complaint (Dkt. # 11) is now the operative pleading in this matter.

Dated this 8th day of June, 2020.

                       /s/ Robert S. Lasnik
                       Robert S. Lasnik
                       United States District Judge

ORDER – 1