UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE CADET, | No. 2:19-cv-01813-RSL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SNOQUALMIE POLICE DEPARTMENT, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties filed herewith, it is hereby

ORDERED that the above matter is hereby dismissal with respect to Defendant Snoqualmie Police Department.

Dated this 15th day of June, 2020.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1
Case No. 2:19-cv-01813-RSL

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980