1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

ANNETTE CADET,

7
                        Plaintiff,                        CASE NO.  C19-1813RSL

8
                v.
9                                                          ORDER GRANTING LEAVE
                                                           TO AMEND
10   FRANCISCO S. ZEPADA,
     GEORGE DAVIS, and KEVIN H.
11   JOHNSON,

12                        Defendants.

13

14          This matter comes before the Court on plaintiff's motion to amend the complaint

15   to add the King County Sheriff's Department as a defendant. The motion is GRANTED.

16   Plaintiff shall, within 21 days of the date of this Order, file a "Second Amended

17   Complaint" adding the King County Sheriff's Department and identifying the acts of

18   which it is accused and how those acts violated plaintiff's legal rights. The amended

19   complaint will replace the existing complaint in its entirety.

20

21          Dated this 20th day of July, 2020.

22                                          MNS Casnik
                                            _____
23                                          Robert S. Lasnik
                                            United States District Judge
24
25
26

ORDER GRANTING LEAVE
TO AMEND – 1