1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

_____
                                                )
ANNETTE CADET,                                  )
                                                )
                          Plaintiff,            )
                                                )
        v.                                      )
                                                )
FRANCISCO S. ZEPADA, GEORGE DAVIS,              )
KEVIN H. JOHNSON and KING COUNTY                )
SHERIFF DEPARTMENT,                             )
                                                )
                          Defendants.           )
_____)

No.  C19-1813RSL

ORDER TO SHOW CAUSE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        This matter comes before the Court *sua sponte*.  An Amended Complaint in the

above-captioned matter was filed on May 18, 2020.  On August 6, 2020, a Second Amended

Complaint was filed. To date, service of the summons and complaint has not been made on

defendants as required by Fed. R. Civ. P. 4(m).  Plaintiff is hereby ORDERED to show cause

why the complaint should not be dismissed.  Plaintiff shall file a responsive brief no later than

January 4, 2021.  The Clerk of court shall note this Order to Show Cause on the Court's calendar

for January 8, 2021.

        DATED this 2nd day of December, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE