UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNETTE CADET,

        Plaintiff,

    v.

KING COUNTY SHERIFF DEPARTMENT,

        Defendant.

CASE NO. C19-1813RSL

ORDER OF DISMISSAL

On January 8, 2021, the Court extended the period for service until February 17, 2021. Plaintiff was advised that if proof of service or a waiver was not filed by that date, the above-captioned matter would be dismissed.

There being no evidence in the record of service, plaintiff's remaining claims are hereby DISMISSED without prejudice.

Dated this 9th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1