1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNETTE CADET,

             Plaintiff,

    v.

KING COUNTY SHERIFF DEPARTMENT,

             Defendant.

CASE NO. 2:19-cv-01813-RSL

ORDER DENYING MOTION TO REOPEN

      This matter comes before the Court on plaintiff's "Motion to Reopen Case." Dkt. # 24. While the Court is sympathetic to the challenges posed by the COVID 19 pandemic and the loss of a family member, this case was dismissed more than three and a half years ago. Plaintiff voluntarily dismissed her claims against the individual defendants, and her claim against the King County Sheriff's Department was dismissed for failure to timely serve the summons and complaint (Dkt. # 22). Both dismissals were without prejudice to the claims being asserted again in a new complaint, but at this point the statute of limitations on plaintiff's Section 1983 claim has likely expired.

      The federal and local procedural rules that govern this action provide opportunities to reconsider or reopen judgments. *See* LCR 7(h) and Fed. R. Civ. P. 60. Depending on the nature of the argument raised, the rules limit the time in which a party must request relief. Given the length of time that has elapsed since this case was dismissed, the only remaining

ORDER DENYING MOTION TO REOPEN - 1

avenue of relief available is under Fed. R. Civ. P. 60(b)(6). Plaintiff has not, however, shown a reason for undoing her voluntary dismissal of the individual defendants, justification for allowing service on the King County Sheriff's Department more than six years after the incident occurred, or that the three and a half year delay in seeking to reopen the case was reasonable.

For all of the foregoing reasons, plaintiff's motion to reopen is DENIED.

Dated this 18th day of October, 2024.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO REOPEN - 2